VALERIE MAZE *v.* CITY OF STAMFORD ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 12543) is denied.

*Kenneth B. Povodator,* assistant corporation counsel, in support of the petition.

*Paul T. Tusch,* in opposition.

Decided December 22, 1993

JAMES B. DIAMOND *v.* GEORGE MARCINEK ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 32 Conn. App. 828 (AC 9832), is denied.

*Richard F. Paladino,* in support of the petition.

*Kenneth J. McDonnell,* in opposition.

Decided December 22, 1993

JAMES B. DIAMOND *v.* GEORGE MARCINEK ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 32 Conn. App. 828 (AC 9832), is denied.

*Kenneth J. McDonnell,* in support of the petition.

Decided December 22, 1993

IN RE KEZIA M.

The petition of the respondent Kenneth M. and the intervenor Mary M. for certification for appeal from the Appellate Court, 33 Conn. App. 12 (AC 11933), is denied.

*Mary Ann Barile,* in support of the petition.

*Ann-Marie De Graffenreidt,* assistant attorney general, in opposition.

Decided December 22, 1993